UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT, | : : : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION : NO. 3:00CV0512 (RNC) : |
| MICHAEL BONOMONTE, | : : |
| Defendant. | : February 27, 2006 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut.

_____
Ryan M. Mihalic – ct24454

Murtha Cullina LLP
CityPlace I, 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Fax: (860) 240-6150
e-mail: rmihalic@murthalaw.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was mailed first-class, postage prepaid, on this 27th day of February, 2006 to:

Michael Bonomonte
116 Sunnyside Avenue #2
Waterbury, Connecticut  06708

_____
Ryan M. Mihalic