UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT 1, LLC d/b/a CHARTER COMMUNICATIONS, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL BONOMONTE, <br><br> Defendant. | CASE NO. 3:00-cv-00512-RNC <br><br><br> **APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

Pursuant to Local Rule 5 (b), please enter my appearance as counsel in this case for plaintiff Charter Communications Entertainment 1, LLC d/b/a Charter Communications.

Dated: Mineola, New York
       May 2, 2008

Yours, etc.,

LAW OFFICES OF PATRICK J. SULLIVAN, PLLC
Attorney for the Plaintiff

By: _____
Patrick J. Sullivan (ct26167)
92 Willis Avenue, Second Floor
Mineola, New York 11501
Phone: (516) 342-1248
Fax:   (516) 747-9405
e-mail: lawofficespjs1@optonline.net

Local Office Pursuant to Local Civil Rule 83.1(c):

Joseph M. Tobin, Esq.
Tobin & Melien
45 Court Street
New Haven, CT 06511
Phone: (203) 777-6660
Fax:   (203) 777-1817

## Certificate of Service

**PATRICK J. SULLIVAN**, an attorney admitted to the Bar of the U.S. District Court for the District of Connecticut, certifies that the following is true and correct:

1. On May 2, 2008, I served a copy of the foregoing Appearance by first class postage prepaid mail to the party identified below as follow:

   Michael Bonomonte
   24-8 Rose Lane
   Danbury, CT 06810

   Michael Bonomonte
   116 Sunnyside Avenue #2
   Waterbury, CT 06708

2. On May 2, 2008, I served a copy of the foregoing Appearance by e-mail to the attorney set forth below as follows:

   Ryan Mihalic, Esq.
   Murtha Cullina LLP
   Cityplace I, 185 Asylum Street
   Hartford, CT 06103-3469
   rmihalic@murthalaw.com

Dated: Mineola, New York
       May 2, 2008

PATRICK J. SULLIVAN (ct26167)