

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, | : <br> : <br> :    Civil Action <br> :    No. 3:00-CV-00512 (RNC) <br> : |
| Plaintiff, | : <br> : |
| v. | : |
| MICHAEL BONOMONTE, | :    AUGUST 12, 2008 <br> : |
| Defendant. | |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel hereby moves to withdraw his appearance for defendant Charter Communications Entertainment I, LLC d/b/a Charter Communications. The reason for this request is that the undersigned's law firm no longer represents Charter Communications Entertainment I, LLC d/b/a Charter Communications. Attorney Patrick J. Sullivan, of the Law Offices of Patrick J. Sullivan, PLLC has filed an appearance in this matter on behalf of Charter Communications Entertainment I, LLC d/b/a Charter Communications.

DEFENDANT – CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a CHARTER
COMMUNICATIONS

By _____
Kari L. Olson (#ct19481)

Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: kolson@murthalaw.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, a copy of the foregoing Motion to Withdraw Appearance was served by first-class, U.S. mail, postage prepaid, to the following:

Michael Bonomonte
24-8 Rose Lane
Danbury, CT  06810

Michael Bonomonte
116 Sunnyside Avenue #2
Waterbury, CT  06708

Patrick J. Sullivan, Esq.
92 Willis Avenue, Second Floor
Mineola, New York  11501

By _____
Kari L. Olson (#ct19481)

Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  kolson@murthalaw.com

1033052v1