UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, | Civil Action No. 3:00-CV-00512 (RNC) |
| Plaintiff, | |
| v. | AUGUST 8, 2008 |
| MICHAEL BONOMONTE, | |
| Defendant. | |

MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel hereby moves to withdraw his appearance for defendant Charter Communications Entertainment I, LLC d/b/a Charter Communications. The reason for this request is that the undersigned's law firm no longer represents Charter Communications Entertainment I, LLC d/b/a Charter Communications. Attorney Patrick J. Sullivan, of the Law Offices of Patrick J. Sullivan, PLLC has filed an appearance in this matter on behalf of Charter Communications Entertainment I, LLC d/b/a Charter Communications.

DEFENDANT – CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a CHARTER
COMMUNICATIONS

By _____
    Ryan M. Mihalic (#ct24454)

Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: rmihalic@murthalaw.com
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, a copy of the foregoing Motion to Withdraw Appearance was served by first-class, U.S. mail, postage prepaid, to the following:

Michael Bonomonte
24-8 Rose Lane
Danbury, CT 06810

Michael Bonomonte
116 Sunnyside Avenue #2
Waterbury, CT 06708

Patrick J. Sullivan, Esq.
92 Willis Avenue, Second Floor
Mineola, New York 11501

By _____
Ryan M. Mihalic (#ct24454)

Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: rmihalic@murthalaw.com

1025328v1