UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, | Civil Action No. 3:00-CV-00512 (RNC) |
| Plaintiff, | |
| v. | AUGUST 8, 2008 |
| MICHAEL BONOMONTE, | |
| Defendant. | |

MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel hereby moves to withdraw his appearance for defendant Charter Communications Entertainment I, LLC d/b/a Charter Communications. The reason for this request is that the undersigned's law firm no longer represents Charter Communications Entertainment I, LLC d/b/a Charter Communications. Attorney Patrick J. Sullivan, of the Law Offices of Patrick J. Sullivan, PLLC has filed an appearance in this matter on behalf of Charter Communications Entertainment I, LLC d/b/a Charter Communications.

August 28, 2008.  Granted.  So ordered.
/s/ Robert N. Chatigny, USDJ
Robert N. Chatigny, U.S.D.J.